

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00089-CV

IN RE KERRY HUGHES AND                                RELATORS
ANNIE TAYLOR-CURTIS

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 342-272270-14

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: GABRIEL, DAUPHINOT, and SUDDERTH, JJ.

DELIVERED: April 23, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).